In the Matter of P. DAVID SOARES, as District Attorney of Albany County, Respondent, v WILLIAM A. CARTER, as Judge of the City Court of the City of Albany, Appellant, and COLIN DONNARUMA et al., Respondents.

Submitted February 17, 2015; decided February 19, 2015

Motion by District Attorneys Association of the State of New York for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge STEIN taking no part.

ADAM L. WALTON, Appellant, v STRONG MEMORIAL HOSPITAL et al., Respondents, et al., Defendants.

Submitted February 17, 2015; decided February 19, 2015

Motion by Healthcare Association of New York State, Inc. for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

ARTHUR BLAKE, Appellant, v STATE OF NEW YORK, Respondent.

Submitted January 5, 2015; decided February 24, 2015

Motion for reargument of motion for leave to appeal denied [*see* 24 NY3d 1027 (2014)].

Judges STEIN and FAHEY taking no part.